UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00616-KJD-GWF-2 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DONALD EDWARD SABISCH, | ) | |
| Defendant. | ) | |

The Defendant was Sentenced on Wednesday, June 19, 2013 to no Custody time in Prison. For good cause showing the Court hereby Orders the PR Bond exonerated.

DATED this 21st day of June, 2013

_____
KENT J. DAWSON
United States District Judge